# UNITED STATES DISTRICT COURT
for the
**Eastern District of Kentucky**
**Lexington Division**

| | | |
|---|---|---|
| Jonathan Woster )  *Plaintiff* ) ) | | |
| v. ) ) | Case No. | 5:17-cv-00252-DCR |
| LVNV Funding, LLC *et al.* ) *Defendants* ) ) | | |

### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE
### AS TO DEFENDANT LVNV FUNDING, LLC

**TO THE HONORABLE UNITED STATES DISTRICT COURT:**

Pursuant to Fed. R. Civ. P. 41 Plaintiff Jonathan Woster hereby gives notice that he is dismissing with prejudice his claims against Defendant LVNV Funding, LLC pursuant to the parties' settlement. This Notice does not affect, and is not intended to affect, Plaintiff's claims against any other Defendant in this action.

Respectfully submitted,

/s/ James R. McKenzie
**James R. McKenzie**
*James R. McKenzie Attorney, PLLC*
115 S. Sherrin Avenue, Suite 4
Louisville, KY 40207
Tel: (502) 371-2179
Fax: (502) 257-7309
E-mail: jmckenzie@jmckenzielaw.com
*Counsel for Plaintiff*
*Jonathan Woster*

James H. Lawson
*Lawson at Law, PLLC*
115 S. Sherrin Avenue, Suite 4
Louisville, KY 40207

1

        Tel: (502) 473-6525
        Fax: (502) 473-6561
        E-mail: james@kyconsumerlaw.com
        *Counsel for Plaintiff*
        *Jonathan Woster*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 5th day of September, 2017, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record. I also certify that I served a true copy of the foregoing Notice of Voluntary Dismissal via U.S. Mail on the persons at the addresses set forth below this 5th day of September, 2017:

LVNV Funding, LLC
c/o Corporation Service Company
2711 Centerville Road, Suite 400
Wilmington, DE 19808

        /s/ James R. McKenzie
        *Counsel for Plaintiff*
        *Jonathan Woster*