# UNITED STATES DISTRICT COURT
for the
**Eastern District of Kentucky**
**Lexington Division**

| | |
|---|---|
| Jonathan Woster )<br>    *Plaintiff* )<br>)<br>v. )<br>)<br>LVNV Funding, LLC *et al.* )<br>    *Defendants* )<br>) | Case No.    5:17-cv-00252-DCR |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT DON FRANKLIN NICHOLASVILLE, INC.

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Jonathan Woster and Defendant Don Franklin Nicholasville, Inc. hereby jointly request that this Court dismiss with prejudice Plaintiff's claims against Defendant in the above-styled action. Except as otherwise agreed, the parties shall each bear their own costs, expenses, and attorney's fees. This stipulation does not affect, and is not intended to affect, Plaintiff's claims against any other Defendant in this action.

HAVE SEEN AND APPROVED:

/s/ James R. McKenzie
**James R. McKenzie**
*James R. McKenzie Attorney, PLLC*
115 S. Sherrin Avenue, Suite 5
Louisville, KY 40207
Tel:    (502) 371-2179
Fax:    (502) 257-7309
jmckenzie@jmckenzielaw.com
*Counsel for Plaintiff*
*Jonathan Woster*

/s/ Jay McShurley (by permission)
Jay McShurley
*McShurley & Morow Law Office*
126 North Maple Street
Somerset, KY 42501
Tel:    (606) 677-9014
Fax:    (606) 677-0142
jmcshurley@aol.com
*Counsel for Defendant*
*Don Franklin Nicholasville, Inc.*

James H. Lawson
*Lawson at Law, PLLC*
115 S. Sherrin Avenue, Suite 5
Louisville, KY 40207
Tel: (502) 473-6525
Fax: (502) 473-6561
james@kyconsumerlaw.com
*Counsel for Plaintiff*
*Jonathan Woster*